UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
JIANGSU HIGH HOPE CORPORATION and HANGZHOU
A & C (HONG KONG) INTERNATIONAL LIMITED,

                *Plaintiffs*,

     *v.*

PARIGI GROUP LTD., PARIGI ENTERPRISES-RETAIL, LLC,
PARIGI MMS HOLDINGS LLC, PRG NOUVEAU, LLC, and
MORRIS SROUR,

                *Defendants.*
------------------------------------------------------------------------X

Docket No. 17-CV-1570

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Plaintiff Jiangsu High Hope Corporation states that it has no parent corporation, nor does any publicly held corporation own 10 percent or more of its stock.

Dated:    New York, New York
             March 5, 2017

By: _____
Tiffany Ma, Esq.
YOUNG & MA LLP
575 Lexington Avenue, Fourth Floor
New York, NY 10022
(212) 971-9773
tma@youngandma.com

Walker G. Harman, Jr., Esq.
Edgar M. Rivera, Esq.
THE HARMAN FIRM, LLP
220 Fifth Avenue, Suite 900
New York, NY 10001
(212) 425-2600
wharman@theharmanfirm.com
erivera@theharmanfirm.com

*Attorneys for Plaintiffs*