UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
JIANGSU HIGH HOPE CORPORATION and HANGZHOU
A & C (HONG KONG) INTERNATIONAL LIMITED,

                *Plaintiffs*,

    *v.*

PARIGI GROUP LTD., PARIGI ENTERPRISES-RETAIL, LLC,
PARIGI MMS HOLDINGS LLC, PRG NOUVEAU, LLC, and
MORRIS SROUR,

                *Defendants*.
------------------------------------------------------------------------X

Docket No. 17-CV-1570

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Plaintiff Hangzhou A & C (Hong Kong) International Limited states that it has no parent corporation, nor does any publicly held corporation own 10 percent or more of its stock.

Dated:    New York, New York
            March 5, 2017

By: _____
Tiffany Ma, Esq.
YOUNG & MA LLP
575 Lexington Avenue, Fourth Floor
New York, NY 10022
(212) 971-9773
tma@youngandma.com

Walker G. Harman, Jr., Esq.
Edgar M. Rivera, Esq.
THE HARMAN FIRM, LLP
220 Fifth Avenue, Suite 900
New York, NY 10001
(212) 425-2600
wharman@theharmanfirm.com
erivera@theharmanfirm.com

*Attorneys for Plaintiffs*