HELEN J. SETTON, ESQ. [HJS-2159]
LAZARUS & LAZARUS, P.C.
*Attorneys for Defendants*
240 Madison Avenue, 8th Flr.
New York, New York 10016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JIANGSU HIGH HOPE CORPORATION and
JANGZHOU A&C (HONG KONG) INTERNATIONAL
LIMITED,

              Plaintiffs,

Case No.: 17-cv-1570

**RULE 7.1 STATEMENT**

-against-

PARIGI GROUP LTD., PARIGI ENTERPRISES-RETAIL,
LLC, PARIGI MMS HOLDINGS LLC, PRG NOUVEAU,
LLC and MORRIS SROUR,

              Defendants.
-----------------------------------------------------------------X

Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for private (non-governmental) parties certifies that PARIGI GROUP LTD. ("Parigi Ltd."), PARIGI ENTERPRISES-RETAIL, LLC, ("Parigi Retail"), PARIGI MMS HOLDINGS LLC ("Parigi Holdings"), and PRG NOUVEAU, LLC ("PRG"), are not publicly held companies and do not have any corporate parents, affiliates and/or subsidiaries, which are publicly held, nor does any publicly held corporation own 10 percent or more of the stock of Parigi, Ltd., Parigi Holdings, Parigi Retail, or PRG.

Dated: March 15, 2017
      New York, New York

                                    _____
                                    HELEN J. SETTON (HJS2159)
                                    hsetton@lazarusandlazarus.com
                                    LAZARUS & LAZARUS P.C.
                                    240 Madison Avenue, 8th fl.
                                    New York, New York 10016
                                    Tel: (212) 889-7400
                                    Attorneys for Defendants