**THE HARMAN FIRM, LLP**
**Attorneys & Counselors At Law**
www.theharmanfirm.com

May 26, 2017

<u>Via ECF</u>

Hon. Paul A. Crotty
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007

   Re: *Jiangsu High Hope Corporation v. Parigi Group Ltd.*, 17 CV 1570

Dear Judge Crotty:

  We represent Plaintiffs Jiangsu High Hope Corporation and Hangzhou A & C International Limited in the above-referenced action. We write to respectfully request an adjournment of the pre-motion conference presently scheduled for May 30, 2017, at 10:30 a.m., as the conference is inconvenient for Plaintiffs' counsel as currently scheduled. As such, we respectfully request that the Court adjourn this conference to another date and time convenient for the Court.

  In accordance with the Court's May 17, 2017 Order, counsel for the parties have conferred and are available on June 14, 19, and 26, 2017. This is Plaintiffs' first request for an adjournment of this conference.

  Thank you for Your Honor's time and attention to this matter.

         Respectfully submitted,

         */s/ Walker G. Harman, Jr.*

         Walker G. Harman, Jr.

cc: Harlan Mitchell Lazarus (via ECF)
   Helen J. Setton (via ECF)
   Tiffany Ma (via ECF)

220 Fifth Avenue, Suite 900
New York, New York 10001
T 212 425 2600 F 212 202 3926