```
USDC SDNY
DOCUMENT
ELECTRONIC...FILED
DOC #:
DATE FILED: 7/17/18
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------X   Docket No. 17-CV-1570

JIANGSU HIGH HOPE CORPORATION

                    *Plaintiff*,

v.

PARIGI GROUP LTD., PARIGI ENTERPRISES-RETAIL, LLC, PARIGI ENTERPRISES-WHOLESALE LLC, PARIGI MMS HOLDINGS LLC, PRG NOUVEAU, LLC, and MORRIS SROUR,

                    *Defendants.*

----------------------------------------------------------------X

**NOTICE OF MOTION BY YOUNG & MA LLP AND THE HARMAN FIRM, LLP TO WITHDRAW AS COUNSEL TO PLAINTIFF JIANGSU HIGH HOPE CORPORATION**

PLEASE TAKE NOTICE, that upon the annexed affirmation of Richard Young, Esq. individually and on behalf of Young & Ma LLP and The Harman Firm, LLP and upon all prior proceedings herein, counsel will move this Court before the Honorable Paul A. Crotty, United States District Judge for the Southern District of New York, on a date to be designated by the Court, for:

1. An Order allowing the undersigned to withdraw as counsel of record for plaintiff JIANGSU HIGH HOPE CORPORATION pursuant to Local Rule 1.4 and Model Rules of Professional Conduct Rule 1.16;

2. An Order granting JIANGSU HIGH HOPE CORPORATION thirty (30) days to retain new counsel; and

*7/17/18*

*The motion is granted as soon as counsel for plaintiff files an affidavit that they have provided notice that plaintiff corporation must appear by counsel; if new counsel is not designated and appears within 30 days of this order, the court will consider dismissing the action for want of prosecution. So ordered.*

*Paul A Crotty*
*USDJ*

1